IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PASHA KLINGAMAN,<br>　　　Plaintiff,<br><br>　　　v.<br><br>J&R SCHUGEL TRUCKING and JIM DOE,<br>　　　Defendants. | :<br>:<br>:<br>:　CIVIL NO. 5:25-cv-00584-JLS<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 3rd day of November, 2025, upon consideration of the Defendant's Motion to Dismiss (ECF No. 6), all responses and replies thereto, **IT IS HEREBY ORDERED** that the Defendant's Motion is **GRANTED** in part and **DENIED** in part. Count Three and Count Four are hereby dismissed with prejudice, and the portion of the negligence claim in Count Five of the Complaint alleging negligent hiring is dismissed without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Discovery (ECF No. 11) and Motion to Compel (ECF No. 12) are **DISMISSED** as premature, as the Court will schedule a Rule 16 Conference to discuss scheduling and discovery shortly in a subsequent order.

　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**


　　　　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey L. Schmehl*
　　　　　　　　　　　　　　　　　　　　　　JEFFREY L. SCHMEHL, J.